FILED
2018 MAY 7 PM 4:33
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ANGEL ROSA AND LORENA ROSA,<br><br>  Plaintiff,<br><br>vs.<br><br>The UNITED STATES OF AMERICA; JEFFREY SESSIONS, US Attorney General; ELAINE C. DUKE, Acting Secretary of Homeland Security; THOMAS D. HOMAN, Acting Director of Immigration and Customs Enforcement; ICE DOES 1-10; NICK N employed by Utah County Jail; DR. TUBBS, employed by Utah County Jail; and JOHN DOE 1-10 Utah County Sheriff's Department Employees,<br><br>  Defendants. | **Order Granting Motion to Dismiss**<br><br>Case No. 1:17-cv-00163-BSJ<br><br>Judge Bruce S. Jenkins |

On April 26, 2018, the Court heard oral argument on Defendant Kennon Tubbs, M.D.'s Motion to Dismiss. Having read the parties' submissions and pleadings, reviewed the relevant case and statutory law, listened to oral argument, and otherwise being fully informed, this Court rules as follows:

1. Plaintiffs have failed to comply with the statutory preconditions to commencing a malpractice action against a health care provider, as required by the Utah Health Care Malpractice Act. *See* Utah Code § 78B-3-401 *et seq.*

2. Plaintiffs' Causes of Action Nos. 8, 9, and 10 against Dr. Tubbs alleging medical negligence arising out of Utah state law are, therefore, premature, and must be dismissed;

3. Plaintiffs' Cause of Action No. 11 for loss of consortium against Dr. Tubbs arising out of allegations of medical negligence under Utah state law is also premature, and must be dismissed.

4. The Court dismisses these cause of actions without prejudice.

Signed this 7th day of may, 2018.

BY THE COURT

Bruce S. Jenkins
United States District Judge

**Approved as to form:**

UTAH LEGAL CLINIC

/s/ Angela H. Elmore *(with permission)*
ANGELA H. ELMORE
*Attorneys for Plaintiff*


MYLAR LAW, PC

_____
FRANK D. MYLAR
*Attorneys for Defendants Nick Nielson and Kennon Tubbs, MD*

G:\EDSI\DOCS\09828\1422\17F4406.DOC